UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Kathryn P. Fry fka Kathryn Clark<br>Debtor(s)<br><br>Bayview Loan Servicing, LLC, a Delaware Limited Liability Company<br>Movant<br>v.<br>Kathryn P. Fry fka Kathryn Clark<br>Respondent(s)<br>and<br>Rosemary C. Crawford, Trustee<br>Additional Respondent | BK. NO. 18-22871 CMB<br><br>CHAPTER 7<br>Related to Docket # 12 |

## ENTERED BY DEFAULT

### ORDER MODIFYING SECTION 362 AUTOMATIC STAY

AND NOW, this 18th day of October, 2018, at Pittsburgh, upon Motion of Bayview Loan Servicing, LLC, a Delaware Limited Liability Company, it is

ORDERED THAT: The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is granted and modified with respect to the subject premises located at 5212 Lark Street, Bethel Park, PA 15102 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____  dms
Chief United States Bankruptcy Judge

FILED
10/18/18 10:56 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Kathryn P. Fry fka Kathryn Clark
5212 Lark Street
Bethel Park, PA 15102

Christopher M. Frye Esq.
707 Grant Street, Suite 2830 (VIA ECF)
Pittsburgh, PA 15219
jsteidl1356@hotmail.com

Rosemary C. Crawford
P.O. Box 355 (VIA ECF)
Allison Park, PA 15101


KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                             Case No. 18-22871-CMB
Kathryn P. Fry                                                     Chapter 7
          Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: dsaw                Page 1 of 1         Date Rcvd: Oct 18, 2018
                              Form ID: pdf900           Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 20, 2018.
db             #+Kathryn P. Fry,    5212 Lark Street,    Bethel Park, PA 15102-1614

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 18, 2018 at the address(es) listed below:
              Christopher M. Frye    on behalf of Debtor Kathryn P. Fry chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
               inberg.com
              James Warmbrodt     on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Rosemary C. Crawford    crawfordmcdonald@aol.com,  PA68@ecfcbis.com
                                                                                               TOTAL: 4